# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00486-CV

### Carol Ann Rosado, Appellant

### v.

### Anthony Coll Rosado, Appellee

---

**FROM THE 478TH DISTRICT COURT OF BELL COUNTY,
NO. 23DFAM340855, THE HONORABLE WADE NICHOLAS FAULKNER, JUDGE
PRESIDING**

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Counsel for Carol Ann Rosado and Anthony Coll Rosado have filed a joint motion to abate this appeal for thirty days while they engage in post-trial settlement negotiations. We grant the motion and abate this appeal until further order of this Court. By March 3, 2025, the parties shall file either a motion to reinstate the appeal, a motion to dismiss the appeal, or a status report accompanied by a motion to extend the abatement.

It is ordered on January 30, 2025.


Before Chief Justice Byrne, Justices Kelly and Ellis

Abated

Filed:  January 30, 2025